ROSE E. ROBINSON, Respondent, v. CHURCH OF ST. PATRICK'S, Appellant JAMES ROBINSON, Respondent, v. CHURCH OF ST. PATRICK'S, Appellant.—

Actions by plaintiff wife to recover damages for personal injuries suffered as the result of the collapse of a chair while she was attending a bingo game conducted by the defendant, and by plaintiff husband for expenses and loss of services. Judgments in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.